IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40020
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROSHON LEE MASON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CR-4-1
- - - - - - - - - -
October 21, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Roshon Lee Mason appeals his jury conviction for possession with intent to distribute crack cocaine.  He argues that the district court abused its discretion when it admitted evidence of marihuana found in the apartment, testimony that a .22 caliber rifle was found in the apartment, and an envelope with a return address of a Louisiana prison.

    Our review of the record and the arguments and authorities convinces us that the district court did not abuse its

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discretion.  <u>United States v. Hays</u>, 872 F.2d 582, 587 (5th Cir. 1989).  With respect to the rifle, the district court sustained Mason's objection to the rifle and prohibited any reference to it.  Accordingly, that issue is without merit.  With respect to both the marihuana and the envelope, the district court gave a prompt and thorough limiting instruction as to those items. Juries are presumed to follow the instructions of the court.  <u>See</u> <u>Zafiro v. United States</u>, 506 U.S. 534, 540-41 (1993); <u>United States v. Torres</u>, 114 F.3d 520, 526 (5th Cir. 1997), <u>cert. denied</u>, 1997 WL 562154 (U.S. Oct. 14, 1997).  The court's instruction adequately neutralized any potential prejudice from this evidence.  Accordingly, the judgment of the district court is AFFIRMED.